Revised 01/2012

Application (1)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS

IN RE:

| Antonia Lucatero | 11-43030 |
|---|---|
| Debtor | Bankruptcy Case Number |

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the Claimant identified below to make Application for an Order authorizing payment of unclaimed funds now on deposit in the Treasury of the United States for the benefit of Claimant. Claimant was a creditor/debtor in the above captioned bankruptcy case and has not received payment of these funds which are due and owing to the Claimant. Claimant further states that Claimant is:

NAME OF CLAIMANT: Antonia Lucatero
PHONE NUMBER: 972.854.93148  LAST FOUR DIGITS OF SOCIAL SECURITY NO: 7713
MAILING ADDRESS: 125 Devenshire Dr

CITY: Murphy　STATE: TX　ZIP: 75094

and that a dividend in the amount of $3434.79 was awarded in this case which dividend is currently unclaimed and held by the Clerk of Court.

Claimant certifies that all statements made by Claimant on this Application and any attachments required for this Application are, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the pro rata dividend due upon this claim.

Date: 3/23/15

Claimant's Signature: Antonia Lucatero

Co-claimant's Signature (if any)

State of Texas
County of Collin
Subscribed and sworn to before me this 23 day of March, 20 15

Notary Public
My commission expires: 10-17-15

Mail to: United States Bankruptcy Court
110 N. College Avenue, 8th Floor
Tyler, TX 75702

[Notary seal: MIGUEL GUTIERREZ, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 10-17-15]

Certificate of Service (2)

# CERTIFICATE OF SERVICE

In accordance with Title 28 U.S.C. Section 2042, the undersigned hereby certifies that on the date designated below a true copy of this application with all required attachments was mailed to [check one as applicable]:

For all cases in **Beaumont & Lufkin** divisions (five-digit case number beginning with 1 or 9):

☐ Office of the United States Attorney
Eastern District of Texas
Attn: Unclaimed Funds Requests
350 Magnolia Avenue, Suite 150
Beaumont, TX 77701-2248

For all cases in **Marshall & Tyler** divisions (five-digit case number beginning with 2 or 6):

☐ Office of the United States Attorney
Eastern District of Texas
Attn: Unclaimed Funds Requests
110 North College Avenue, Suite 700
Tyler, TX 75702-0204

For all cases in **Paris, Sherman, & Texarkana** divisions (five-digit case number beginning with 3, 4 or 5):

☒ Office of the United States Attorney
Eastern District of Texas
Attn: Unclaimed Funds Requests
101 East Park Boulevard, Suite 500
Plano, Texas 75074-8858

Date: 3/23/15                                    _____
                                                 Claimant's Signature




# COUNTY OF LOS ANGELES
## TREASURER AND TAX COLLECTOR

**MARK J. SALADINO**
TREASURER AND TAX COLLECTOR

KENNETH HAHN HALL OF ADMINISTRATION
225 NORTH HILL STREET, ROOM 122
LOS ANGELES, CALIFORNIA 90012
TELEPHONE: (213) 893-7935 FAX: (213) 633-5013

HOME PAGE
TTC.LACOUNTY.GOV

PROPERTY TAX PORTAL
LACOUNTYPROPERTYTAX.COM

March 4, 2015

U.S. Bankruptcy Court
Plano Texas
660 North Central Expressway, Ste. 300B
Plano, Texas 75074

To Whom It May Concern:

### ANTONIA LUCATERO BK: 11-43030-BR
### ASSESSOR IDENTIFICATION NUMBER:

This is in response to your request for a written confirmation on the status and payment information for Antonia Lacatero, Bankruptcy Case Number 11-43030-BR.

Our records indicate that the above named debtor filed bankruptcy on October 3, 2011. On October 11, 2011, the Treasurer and Tax Collector (TTC) filed a Proof of Claim for $38,657.22 on the two referenced properties located at 2558 Strozier Ave., South El Monte, California 91733-2020 and 10050 Fern St., South El Monte, California 91733-2065.

Our records also show that the above referenced claim is fully satisfied. Enclosed are the Certificates of Redemption for your records. In addition, the TTC refunded the following overpayments to Janna L. Countryman, Chapter 13 Trustee:

| Amount | Date Issued | Warrant No. | Date Warrant Cleared |
|---|---|---|---|
| $ 3,429.84 | 08/04/2014 | 20579997 | 08/13/2014 |
| $ 3,434.79 | 10/21/2014 | 20957504 | 10/29/2014 |
| $ 1,384.11 | 10/08/2014 | 20894981 | 10/16/2014 |
| $15,047.80 | 10/21/2014 | 20957503 | 10/29/2014 |

Our records further show that the ownership has changed for the above referenced properties on May 30, 2014; and as a result, the subject properties are no longer in the above referenced debtor's name. We trust this information will be helpful in the resolution of the above bankruptcy case.

Should you need more information, please contact Bonita Sandoz, Tax Services Supervisor I, of my staff at (213) 974-7803 or bsandoz@ttc.lacounty.gov.

Very truly yours

JOSEPH KELLY
Treasurer and Tax Collector

Bruce Robert
Operations Chief
Revenue and Enforcement Division

BR:DA:ke

Enclosures

c: Antonia Lacatero

# LOS ANGELES COUNTY TAX COLLECTOR
225 NORTH HILL STREET, LOS ANGELES, CA 90012

## CERTIFICATE OF REDEMPTION
05/30/14

CRT: R#34
E111719

### PARCEL INFORMATION

ASSESSOR'S ID# ▓▓▓▓▓▓   YRSEQ   AIN

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

### SPECIAL INFORMATION

TAX DEFAULTED IN 2012 FOR UNPAID TAXES OF 2011.
THIS DOCUMENT ACTS AS A CERTIFICATE OF
REDEMPTION FOR THE AMOUNTS ITEMIZED ON
THIS RECEIPT.

DESCRIPTION
TRACT # 11950 E 125 FT MEASURED ON    N LINE OF    LOT 41

| ASSESSOR'S ID NO | YRSEQ | D/O YR | TAX AMOUNT ORIGINAL | BALANCE | PENALTY & COST ORIGINAL | BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|---|
| ▓▓▓▓▓▓ | 11000 | 12 | 3755.03 | .00 | 385.50 | .00 | .00 | 4140.53 |
| | TOTAL | | 3755.03 | | 385.50 | | .00 | 4140.53 |

REDEMPTION FEE:                    .00
                                 4140.53
PAYMENTS:                     <4140.53>**
AMOUNT TO PAY:                     .00

** REGULAR PAYMENT(S)

| PAYMENT DATE | COMPUTE DATE | TOTAL AMOUNT PAID | FEE PAID | PENALTY & COST PAID | REDEMPTION PENALTY PAID | TAX PAID |
|---|---|---|---|---|---|---|
| 05/30/14 | 10/11 | 4140.53 | .00 | 385.50 | .00 | 3755.03 |

ANY RETURNED PAYMENT MAYBE SUBJECT TO A FEE UP TO $50.00.
KEEP THIS UPPER PORTION OF THE BILL FOR YOUR RECORDS. YOUR CANCELLED CHECK OR CONFIRMATION NUMBER IS YOUR RECEIPT.

---

DETACH AND MAIL THIS STUB WITH YOUR PAYMENT    CERTIFICATE OF REDEMPTION

PLEASE SEE REVERSE FOR PERTINENT INFORMATION

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

YR SEQ  MPBK  PGE  PCL  PK  TYPE  AK  DSEQ
                                          000

TOTAL DUE        INDICATE AMOUNT PAID
   .00

CRT: R#34
E111719

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO.
on the lower left corner of your check.

LOS ANGELES COUNTY TAX COLLECTOR
P. O. BOX 54088
LOS ANGELES, CA  90054-0088

6C157B (8/11)

# LOS ANGELES COUNTY TAX COLLECTOR
225 NORTH HILL STREET, LOS ANGELES, CA 90012

## CERTIFICATE OF REDEMPTION
05/30/14

CRT: R#34
E111719

### PARCEL INFORMATION

ASSESSOR'S ID ▮▮▮▮▮▮▮  YRSEQ  AIN

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

DESCRIPTION
TRACT # 11950 E 125 FT MEASURED ON    N LINE OF    LOT 41

### SPECIAL INFORMATION

TAX DEFAULTED IN 2011 FOR UNPAID TAXES OF 2010.
THIS DOCUMENT ACTS AS A CERTIFICATE OF
REDEMPTION FOR THE AMOUNTS ITEMIZED ON
THIS RECEIPT.

| ASSESSOR'S ID NO | YRSEQ | D/O YR | TAX AMOUNT ORIGINAL | BALANCE | PENALTY & COST ORIGINAL | BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|---|
| ▮▮▮▮▮▮ | 10000 | 11 | 3686.13 | .00 | 378.60 | .00 | 221.16 | 4285.89 |
| TOTAL | | | 3686.13 | | 378.60 | | 221.16 | 4285.89 |

REDEMPTION FEE: .00
 4285.89
PAYMENTS: <4285.89>**
AMOUNT TO PAY: .00

** REGULAR PAYMENT(S)

| PAYMENT DATE | COMPUTE DATE | TOTAL AMOUNT PAID | FEE PAID | PENALTY & COST PAID | REDEMPTION PENALTY PAID | TAX PAID |
|---|---|---|---|---|---|---|
| 05/30/14 | 10/11 | 4285.89 | .00 | 378.60 | 221.16 | 3686.13 |

ANY RETURNED PAYMENT MAYBE SUBJECT TO A FEE UP TO $50.00.
KEEP THIS UPPER PORTION OF THE BILL FOR YOUR RECORDS. YOUR CANCELLED CHECK OR CONFIRMATION NUMBER IS YOUR RECEIPT.

---

DETACH AND MAIL THIS STUB WITH YOUR PAYMENT    CERTIFICATE OF REDEMPTION

PLEASE SEE REVERSE FOR PERTINENT INFORMATION

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

YR SEQ  MPBK  PGE  PCL    PK  TYPE  AK  DSEQ
                                       1   0   000

TOTAL DUE    INDICATE AMOUNT PAID
      .00

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO.
on the lower left corner of your check.

LOS ANGELES COUNTY TAX COLLECTOR
P. O. BOX 54088
LOS ANGELES, CA 90054-0088

CRT: R#34
111719

C157B (8/11)

# LOS ANGELES COUNTY TAX COLLECTOR
225 NORTH HILL STREET, LOS ANGELES, CA 90012

## CERTIFICATE OF REDEMPTION
05/30/14

CRT: R#34
E111719

### PARCEL INFORMATION

ASSESSOR'S ID#  ▓▓▓▓▓▓▓▓▓▓    YRSEQ    AIN

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

DESCRIPTION
TRACT # 11950 E 125 FT MEASURED ON    N LINE OF    LOT 41

### SPECIAL INFORMATION

TAX DEFAULTED IN 2010 FOR UNPAID TAXES OF 2009.
THIS DOCUMENT ACTS AS A CERTIFICATE OF
REDEMPTION FOR THE AMOUNTS ITEMIZED ON
THIS RECEIPT.

| ASSESSOR'S ID NO | D/O YRSEQ | YR | TAX AMOUNT ORIGINAL | BALANCE | PENALTY & COST ORIGINAL | BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|---|
| ▓▓▓▓▓▓▓▓ | 09000 | 10 | 3511.25 | .00 | 361.12 | .00 | 842.70 | 4715.07 |
| TOTAL | | | 3511.25 | | 361.12 | | 842.70 | 4715.07 |

REDEMPTION FEE: .00
4715.07
PAYMENTS: <4715.07>**
AMOUNT TO PAY: .00

** REGULAR PAYMENT(S)

| PAYMENT DATE | COMPUTE DATE | TOTAL AMOUNT PAID | FEE PAID | PENALTY & COST PAID | REDEMPTION PENALTY PAID | TAX PAID |
|---|---|---|---|---|---|---|
| 05/30/14 | 10/11 | 4715.07 | .00 | 361.12 | 842.70 | 3511.25 |

ANY RETURNED PAYMENT MAYBE SUBJECT TO A FEE UP TO $50.00.
KEEP THIS UPPER PORTION OF THE BILL FOR YOUR RECORDS. YOUR CANCELLED CHECK OR CONFIRMATION NUMBER IS YOUR RECEIPT.

---

DETACH AND MAIL THIS STUB WITH YOUR PAYMENT    CERTIFICATE OF REDEMPTION

**PLEASE SEE REVERSE FOR PERTINENT INFORMATION**

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

| YR SEQ | MPBK | PGE | PCL | PK | TYPE | AK | DSEQ |
|---|---|---|---|---|---|---|---|
| 00 000 | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓ | 7 | 1 | 0 | 000 |

TOTAL DUE    INDICATE AMOUNT PAID
.00

CRT: R#34
E111719

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO.
on the lower left corner of your check.

LOS ANGELES COUNTY TAX COLLECTOR
P. O. BOX 54088
LOS ANGELES, CA  90054-0088

6C157B (8/11)

# LOS ANGELES COUNTY TAX COLLECTOR
225 NORTH HILL STREET, LOS ANGELES, CA 90012

## CERTIFICATE OF REDEMPTION
05/30/14

CRT: R#34
E111719

### PARCEL INFORMATION

YRSEQ    AIN

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

### SPECIAL INFORMATION

TAX DEFAULTED IN 2009 FOR UNPAID TAXES OF 2008.
THIS DOCUMENT ACTS AS A CERTIFICATE OF
REDEMPTION FOR THE AMOUNTS ITEMIZED ON
THIS RECEIPT.

DESCRIPTION
TRACT # 11950 E 125 FT MEASURED ON    N LINE OF    LOT 41

| ASSESSOR'S ID NO | YRSEQ | D/O YR | TAX AMOUNT ORIGINAL | TAX AMOUNT BALANCE | PENALTY & COST ORIGINAL | PENALTY & COST BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|---|
|  | 08000 | 09 | 3258.82 | .00 | 335.88 | .00 | 1368.70 | 4963.40 |
| TOTAL |  |  | 3258.82 |  | 335.88 |  | 1368.70 | 4963.40 |

REDEMPTION FEE:    .00
                   4963.40
PAYMENTS:         <4963.40>**
AMOUNT TO PAY:     .00

** REGULAR PAYMENT(S)

| PAYMENT DATE | COMPUTE DATE | TOTAL AMOUNT PAID | FEE PAID | PENALTY & COST PAID | REDEMPTION PENALTY PAID | TAX PAID |
|---|---|---|---|---|---|---|
| 05/30/14 | 10/11 | 4963.40 | .00 | 335.88 | 1368.70 | 3258.82 |

ANY RETURNED PAYMENT MAYBE SUBJECT TO A FEE UP TO $50.00.
KEEP THIS UPPER PORTION OF THE BILL FOR YOUR RECORDS. YOUR CANCELLED CHECK OR CONFIRMATION NUMBER IS YOUR RECEIPT.

---

DETACH AND MAIL THIS STUB WITH YOUR PAYMENT    CERTIFICATE OF REDEMPTION

**PLEASE SEE REVERSE FOR PERTINENT INFORMATION**

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

YR SEQ  MPBK  PGE PCL    PK  TYPE  AK  DSEQ
                          7   1    0   000

TOTAL DUE    INDICATE AMOUNT PAID
   .00

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO.
on the lower left corner of your check.

LOS ANGELES COUNTY TAX COLLECTOR
P. O. BOX 54088
LOS ANGELES, CA  90054-0088

CRT: R#34
111719

C157B (8/11)

# LOS ANGELES COUNTY TAX COLLECTOR
225 NORTH HILL STREET, LOS ANGELES, CA 90012

## CERTIFICATE OF REDEMPTION
05/30/14

CRT: R#34
E111719

### PARCEL INFORMATION

ASSESSOR'S ID ███████    YRSEQ    AIN

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

DESCRIPTION
TRACT # 11950 E 125 FT MEASURED ON    N LINE OF    LOT 41

### SPECIAL INFORMATION

TAX DEFAULTED IN 2008 FOR UNPAID TAXES OF 2007. THIS DOCUMENT ACTS AS A CERTIFICATE OF REDEMPTION FOR THE AMOUNTS ITEMIZED ON THIS RECEIPT.

| ASSESSOR'S ID NO | YRSEQ | D/O YR | TAX AMOUNT ORIGINAL | BALANCE | PENALTY & COST ORIGINAL | BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|---|
| ███████ | 07000 | 08 | 3061.91 | .00 | 316.18 | .00 | 1837.14 | 5215.23 |
| | TOTAL | | 3061.91 | | 316.18 | | 1837.14 | 5215.23 |

REDEMPTION FEE: .00
5215.23
PAYMENTS: <5215.23>**
AMOUNT TO PAY: .00

** REGULAR PAYMENT(S)

| PAYMENT DATE | COMPUTE DATE | TOTAL AMOUNT PAID | FEE PAID | PENALTY & COST PAID | REDEMPTION PENALTY PAID | TAX PAID |
|---|---|---|---|---|---|---|
| 05/30/14 | 10/11 | 5215.23 | .00 | 316.18 | 1837.14 | 3061.91 |

ANY RETURNED PAYMENT MAYBE SUBJECT TO A FEE UP TO $50.00.
KEEP THIS UPPER PORTION OF THE BILL FOR YOUR RECORDS. YOUR CANCELLED CHECK OR CONFIRMATION NUMBER IS YOUR RECEIPT.

---

DETACH AND MAIL THIS STUB WITH YOUR PAYMENT    CERTIFICATE OF REDEMPTION

**PLEASE SEE REVERSE FOR PERTINENT INFORMATION**

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

| YR SEQ | MPBK | PGE PCL | PK | TYPE | AK | DSEQ |
|---|---|---|---|---|---|---|
| ███ | ███ | ███ | 7 | 1 | 0 | 000 |

TOTAL DUE    INDICATE AMOUNT PAID
.00

CRT: R#34
E111719

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO.
on the lower left corner of your check.

LOS ANGELES COUNTY TAX COLLECTOR
P. O. BOX 54088
LOS ANGELES, CA 90054-0088

C157B (8/11)

# LOS ANGELES COUNTY TAX COLLECTOR
225 NORTH HILL STREET, LOS ANGELES, CA 90012

## CERTIFICATE OF REDEMPTION
05/30/14

CRT: R#34
E111719

### PARCEL INFORMATION

ASSESSOR'S ID            YRSEQ        AIN

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

DESCRIPTION
TRACT # 11950 E 125 FT MEASURED ON    N LINE OF    LOT 41

### SPECIAL INFORMATION

TAX DEFAULTED IN 2007 FOR UNPAID TAXES AND NOW SUBJECT TO POWER TO SELL.
THIS DOCUMENT ACTS AS A CERTIFICATE OF REDEMPTION FOR THE AMOUNTS ITEMIZED ON THIS RECEIPT.

| ASSESSOR'S ID NO | D/O YRSEQ | YR | TAX AMOUNT ORIGINAL | BALANCE | PENALTY & COST ORIGINAL | BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|---|
|  | 06000 | 07 | 1520.84 | .00 | 162.08 | .00 | 1186.25 | 2869.17 |
|  | 12000 | 13 | 1915.53 | .00 | 201.55 | .00 | 201.13 | 2318.21 |
| TOTAL |  |  | 3436.37 |  | 363.63 |  | 1387.38 | 5187.38 |

REDEMPTION FEE: 15.00
STPTS FEES: 975.00
                                6177.38
PAYMENTS: <6177.38>**
AMOUNT TO PAY: .00

** REGULAR PAYMENT(S)

| PAYMENT DATE | COMPUTE DATE | TOTAL AMOUNT PAID | RED/STP FEE PD | PENALTY & COST PAID | REDEMPTION PENALTY PAID | TAX PAID |
|---|---|---|---|---|---|---|
| 05/30/14 | 10/11 | 3859.17 | 990.00 | 162.08 | 1186.25 | 1520.84 |
| 01/29/14 | 01/14 | 2318.21 | .00 | 201.55 | 201.13 | 1915.53 |

### SUBJECT TO POWER TO SELL FEES

TITLE SEARCH FEE: 95.00
RECORDING FEE: 27.00
PUBLICATION COSTS: 58.00
NOTIFICATION COSTS: 645.00
STATE/COUNTY/CITY FEES: 150.00
                        -----------
                        975.00

ANY RETURNED PAYMENT MAYBE SUBJECT TO A FEE UP TO $50.00.
KEEP THIS UPPER PORTION OF THE BILL FOR YOUR RECORDS. YOUR CANCELLED CHECK OR CONFIRMATION NUMBER IS YOUR RECEIPT.

---

DETACH AND MAIL THIS STUB WITH YOUR PAYMENT    CERTIFICATE OF REDEMPTION

**PLEASE SEE REVERSE FOR PERTINENT INFORMATION**

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

PK TYPE AK DSEQ
7   2   0  000

TOTAL DUE    INDICATE AMOUNT PAID
.00

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO.
on the lower left corner of your check.

LOS ANGELES COUNTY TAX COLLECTOR
P. O. BOX 54088
LOS ANGELES, CA 90054-0088

CRT: R#34
E111719

BC157B (8/11)

# LOS ANGELES COUNTY TAX COLLECTOR
225 NORTH HILL STREET, LOS ANGELES, CA 90012

## CERTIFICATE OF REDEMPTION
08/02/13

CRT: R#34
E111719

### PARCEL INFORMATION

ASSESSOR'S ID:           YRSEQ      AIN

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

### SPECIAL INFORMATION

TAX DEFAULTED IN 2012 FOR UNPAID TAXES OF 2011.
THIS DOCUMENT ACTS AS A CERTIFICATE OF
REDEMPTION FOR THE AMOUNTS ITEMIZED ON
THIS RECEIPT.

DESCRIPTION
TRACT # 11950 LOT COM N 89M58" W 125 FT FROM NE COR OF LOT 41 TH S 0M13'50" W
TO S LINE OF SD LOT TH W AND FOLLOWING    LOT   41

| ASSESSOR'S ID NO | D/O YRSEQ | YR | TAX AMOUNT ORIGINAL | BALANCE | PENALTY & COST ORIGINAL | BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|---|
|  | 11000 | 12 | 1482.80 | .00 | .00 | .00 | .00 | 1482.80 |
| TOTAL |  |  | 1482.80 |  | .00 |  | .00 | 1482.80 |

REDEMPTION FEE:                    .00
                                 1482.80
PAYMENTS:                    <1482.80>**
AMOUNT TO PAY:                      .00

** REGULAR PAYMENT(S)

| PAYMENT DATE | COMPUTE DATE | TOTAL AMOUNT PAID | FEE PAID | PENALTY & COST PAID | REDEMPTION PENALTY PAID | TAX PAID |
|---|---|---|---|---|---|---|
| 08/02/13 | 06/12 | 1482.80 | .00 | .00 | .00 | 1482.80 |

ANY RETURNED PAYMENT MAYBE SUBJECT TO A FEE UP TO $50.00.
KEEP THIS UPPER PORTION OF THE BILL FOR YOUR RECORDS. YOUR CANCELLED CHECK OR CONFIRMATION NUMBER IS YOUR RECEIPT.

---

DETACH AND MAIL THIS STUB WITH YOUR PAYMENT    CERTIFICATE OF REDEMPTION

PLEASE SEE REVERSE FOR PERTINENT INFORMATION

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

| PK | TYPE | AK | DSEQ |
|---|---|---|---|
| 7 | 1 | 0 | 000 |

TOTAL DUE        INDICATE AMOUNT PAID
   .00

CRT: R#34
E111719

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO.
on the lower left corner of your check.

LOS ANGELES COUNTY TAX COLLECTOR
P. O. BOX 54088
LOS ANGELES, CA  90054-0088

6C157B (8/11)

# LOS ANGELES COUNTY TAX COLLECTOR

CRT: R#34  
E111719

225 NORTH HILL STREET LOS ANGELES, CA 90012

## CERTIFICATE OF REDEMPTION
01/31/13

### PARCEL INFORMATION

YRSEQ    AIN

WU GROUP LLC  
4265 N BALDWIN AVE  
EL MONTE CA 91731-1183

### SPECIAL INFORMATION

TAX DEFAULTED IN 2011 FOR UNPAID TAXES OF 2010.  
THIS DOCUMENT ACTS AS A CERTIFICATE OF  
REDEMPTION FOR THE AMOUNTS ITEMIZED ON  
THIS RECEIPT.

DESCRIPTION  
TRACT # 11950 LOT COM N 89°58' W 125 FT FROM NE COR OF LOT 41 TH S 0°13'50" W  
TO S LINE OF SD LOT TH W AND FOLLOWING     LOT   41

| ASSESSOR'S ID NO | D/O YRSEQ | D/O YR | TAX AMOUNT ORIGINAL | TAX AMOUNT BALANCE | PENALTY & COST ORIGINAL | PENALTY & COST BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|---|
|  | 10000 | 11 | 1455.74 | .00 | 155.56 | .00 | 87.34 | 1698.64 |
| TOTAL |  |  | 1455.74 |  | 155.56 |  | 87.34 | 1698.64 |

REDEMPTION FEE:       .00  
                    1698.64  
PAYMENTS:        <1698.64>**  
AMOUNT TO PAY:       .00

** REGULAR PAYMENT(S)

| PAYMENT DATE | COMPUTE DATE | TOTAL AMOUNT PAID | FEE PAID | PENALTY & COST PAID | REDEMPTION PENALTY PAID | TAX PAID |
|---|---|---|---|---|---|---|
| 01/31/13 | 10/11 | 1698.64 | .00 | 155.56 | 87.34 | 1455.74 |

ANY RETURNED PAYMENT MAYBE SUBJECT TO A FEE UP TO $50.00.  
KEEP THIS UPPER PORTION OF THE BILL FOR YOUR RECORDS. YOUR CANCELLED CHECK OR CONFIRMATION NUMBER IS YOUR RECEIPT.

---

DETACH AND MAIL THIS STUB WITH YOUR PAYMENT    CERTIFICATE OF REDEMPTION

PLEASE SEE  
REVERSE FOR  
PERTINENT  
INFORMATION

WU GROUP LLC  
4265 N BALDWIN AVE  
EL MONTE CA 91731-1183

PK TYPE AK DSEQ  
7   1   0   000

TOTAL DUE        INDICATE AMOUNT PAID  
      .00

RT: R#34  
111719

MAKE PAYMENT PAYABLE TO:  
Please write the ASSESSOR'S ID. NO.  
on the lower left corner of your check.

LOS ANGELES COUNTY TAX COLLECTOR  
P. O. BOX 54088  
LOS ANGELES, CA  90054-0088

C157B  (8/11)

# LOS ANGELES COUNTY TAX COLLECTOR
225 NORTH HILL STREET, LOS ANGELES, CA 90012
## CERTIFICATE OF REDEMPTION
01/18/13

CRT: R#34
E111719

### PARCEL INFORMATION

ASSESSOR'S ID#              YRSEQ       AIN

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

DESCRIPTION
TRACT # 11950 LOT COM N 89°58' W 125 FT FROM NE COR OF LOT 41 TH S 0°13'50" W
TO S LINE OF SD LOT TH W AND FOLLOWING     LOT   41

### SPECIAL INFORMATION

TAX DEFAULTED IN 2010 FOR UNPAID TAXES OF 2009.
THIS DOCUMENT ACTS AS A CERTIFICATE OF
REDEMPTION FOR THE AMOUNTS ITEMIZED ON
THIS RECEIPT.

| ASSESSOR'S ID NO | D/O YRSEQ | YR | TAX AMOUNT ORIGINAL | BALANCE | PENALTY & COST ORIGINAL | BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|---|
|  | 09000 | 10 | 1443.53 | .00 | 154.34 | .00 | 346.44 | 1944.31 |
| TOTAL |  |  | 1443.53 |  | 154.34 |  | 346.44 | 1944.31 |

REDEMPTION FEE:       .00
                   1944.31
PAYMENTS:        <1944.31>**
AMOUNT TO PAY:       .00

** REGULAR PAYMENT(S)

| PAYMENT DATE | COMPUTE DATE | TOTAL AMOUNT PAID | FEE PAID | PENALTY & COST PAID | REDEMPTION PENALTY PAID | TAX PAID |
|---|---|---|---|---|---|---|
| 01/18/13 | 10/11 | 1944.31 | .00 | 154.34 | 346.44 | 1443.53 |

ANY RETURNED PAYMENT MAYBE SUBJECT TO A FEE UP TO $50.00.
KEEP THIS UPPER PORTION OF THE BILL FOR YOUR RECORDS. YOUR CANCELLED CHECK OR CONFIRMATION NUMBER IS YOUR RECEIPT.

---

DETACH AND MAIL THIS STUB WITH YOUR PAYMENT     CERTIFICATE OF REDEMPTION

PLEASE SEE REVERSE FOR PERTINENT INFORMATION

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

PK  TYPE  AK  DSEQ
7    1    0   000

TOTAL DUE       INDICATE AMOUNT PAID
   .00

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO.
on the lower left corner of your check.

LOS ANGELES COUNTY TAX COLLECTOR
P. O. BOX 54088
LOS ANGELES, CA  90054-0088

CRT: R#34
E111719

6C157B (8/11)

# LOS ANGELES COUNTY TAX COLLECTOR
225 NORTH HILL STREET, LOS ANGELES, CA 90012
## CERTIFICATE OF REDEMPTION
01/02/13

CRT: R#34
E111719

### PARCEL INFORMATION

ASSESSOR'S ID#            SEQ        AIN

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

### SPECIAL INFORMATION

TAX DEFAULTED IN 2009 FOR UNPAID TAXES OF 2008.
THIS DOCUMENT ACTS AS A CERTIFICATE OF
REDEMPTION FOR THE AMOUNTS ITEMIZED ON
THIS RECEIPT.

DESCRIPTION
TRACT # 11950 LOT COM N 89R58' W 125 FT FROM NE COR OF LOT 41 TH S 0R13'50" W
TO S LINE OF SD LOT TH W AND FOLLOWING    LOT  41

| ASSESSOR'S ID NO | D/O YRSEQ | D/O YR | TAX AMOUNT ORIGINAL | TAX AMOUNT BALANCE | PENALTY & COST ORIGINAL | PENALTY & COST BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|---|
|  | 08000 | 09 | 1333.43 | .00 | 143.34 | .00 | 560.04 | 2036.81 |
| TOTAL |  |  | 1333.43 |  | 143.34 |  | 560.04 | 2036.81 |

REDEMPTION FEE:   .00
                 2036.81
PAYMENTS:        <2036.81>**
AMOUNT TO PAY:    .00

** REGULAR PAYMENT(S)

| PAYMENT DATE | COMPUTE DATE | TOTAL AMOUNT PAID | FEE PAID | PENALTY & COST PAID | REDEMPTION PENALTY PAID | TAX PAID |
|---|---|---|---|---|---|---|
| 01/02/13 | 10/11 | 2036.81 | .00 | 143.34 | 560.04 | 1333.43 |

ANY RETURNED PAYMENT MAYBE SUBJECT TO A FEE UP TO $50.00.
KEEP THIS UPPER PORTION OF THE BILL FOR YOUR RECORDS. YOUR CANCELLED CHECK OR CONFIRMATION NUMBER IS YOUR RECEIPT.

---

DETACH AND MAIL THIS STUB WITH YOUR PAYMENT     CERTIFICATE OF REDEMPTION

**PLEASE SEE REVERSE FOR PERTINENT INFORMATION**

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

| PK | TYPE | AK | DSEQ |
|---|---|---|---|
| 7 | 1 | 0 | 000 |

TOTAL DUE     .00         INDICATE AMOUNT PAID

MAKE PAYMENT PAYABLE TO:       LOS ANGELES COUNTY TAX COLLECTOR
Please write the ASSESSOR'S ID. NO.   P. O. BOX 54088
on the lower left corner of your check.  LOS ANGELES, CA  90054-0088

CRT: R#34
E111719

76C157B (8/11)

# LOS ANGELES COUNTY TAX COLLECTOR
225 NORTH HILL STREET, LOS ANGELES, CA 90012

## CERTIFICATE OF REDEMPTION
10/03/12

CRT: R#34
E111719

### PARCEL INFORMATION

ASSESSOR'S ID#            SEQ      AIN

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

### SPECIAL INFORMATION

TAX DEFAULTED IN 2008 FOR UNPAID TAXES OF 2007.
THIS DOCUMENT ACTS AS A CERTIFICATE OF
REDEMPTION FOR THE AMOUNTS ITEMIZED ON
THIS RECEIPT.

DESCRIPTION
TRACT # 11950 LOT COM N 89M58' W 125 FT FROM NE COR OF LOT 41 TH S 0M13'50" W
TO S LINE OF SD LOT TH W AND FOLLOWING    LOT  41

| ASSESSOR'S ID NO | D/O YRSEQ | D/O YR | TAX AMOUNT ORIGINAL | TAX AMOUNT BALANCE | PENALTY & COST ORIGINAL | PENALTY & COST BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|---|
|  | 07000 | 08 | 1255.24 | .00 | 135.52 | .00 | 753.14 | 2143.90 |
| TOTAL |  |  | 1255.24 |  | 135.52 |  | 753.14 | 2143.90 |

REDEMPTION FEE: .00
2143.90
PAYMENTS: <2143.90>**
AMOUNT TO PAY: .00

** REGULAR PAYMENT(S)

| PAYMENT DATE | COMPUTE DATE | TOTAL AMOUNT PAID | FEE PAID | PENALTY & COST PAID | REDEMPTION PENALTY PAID | TAX PAID |
|---|---|---|---|---|---|---|
| 10/03/12 | 10/11 | 2143.90 | .00 | 135.52 | 753.14 | 1255.24 |

ANY RETURNED PAYMENT MAYBE SUBJECT TO A FEE UP TO $50.00.
KEEP THIS UPPER PORTION OF THE BILL FOR YOUR RECORDS. YOUR CANCELLED CHECK OR CONFIRMATION NUMBER IS YOUR RECEIPT.

---

DETACH AND MAIL THIS STUB WITH YOUR PAYMENT    CERTIFICATE OF REDEMPTION

PLEASE SEE REVERSE FOR PERTINENT INFORMATION

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

PK  TYPE  AK  DSEQ
7    1    0   000

TOTAL DUE      INDICATE AMOUNT PAID
.00

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO.
on the lower left corner of your check.

LOS ANGELES COUNTY TAX COLLECTOR
P. O. BOX 54088
LOS ANGELES, CA  90054-0088

CRT: R#34
E111719

iC157B (8/11)

# LOS ANGELES COUNTY TAX COLLECTOR
225 NORTH HILL STREET, LOS ANGELES, CA 90012
## CERTIFICATE OF REDEMPTION
08/01/12

CRT: R#34
E111719

### PARCEL INFORMATION

ASSESSOR'S ID    YRSEQ    AIN

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

### SPECIAL INFORMATION

TAX DEFAULTED IN 2007 FOR UNPAID TAXES AND NOW SUBJECT TO POWER TO SELL.
THIS DOCUMENT ACTS AS A CERTIFICATE OF REDEMPTION FOR THE AMOUNTS ITEMIZED ON THIS RECEIPT.

**DESCRIPTION**
TRACT # 11950 LOT COM N 89R58' W 125 FT FROM NE COR OF LOT 41 TH S 0M13'50" W TO S LINE OF SD LOT TH W AND FOLLOWING LOT 41

| ASSESSOR'S ID NO | YRSEQ | D/O YR | TAX AMOUNT ORIGINAL | BALANCE | PENALTY & COST ORIGINAL | BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | 06000 | 07 | 828.18 | .00 | 92.81 | .00 | 645.98 | 1566.97 |
| TOTAL | | | 828.18 | | 92.81 | | 645.98 | 1566.97 |

REDEMPTION FEE:    15.00
STPTS FEES:    975.00
                2556.97
PAYMENTS:    <2556.97>**
AMOUNT TO PAY:    .00

** REGULAR PAYMENT(S)

| PAYMENT DATE | COMPUTE DATE | TOTAL AMOUNT PAID | RED/STP FEE PD | PENALTY & COST PAID | REDEMPTION PENALTY PAID | TAX PAID |
|---|---|---|---|---|---|---|
| 08/01/12 | 10/11 | 2556.97 | 990.00 | 92.81 | 645.98 | 828.18 |

### SUBJECT TO POWER TO SELL FEES

TITLE SEARCH FEE:    95.00
RECORDING FEE:    27.00
PUBLICATION COSTS:    58.00
NOTIFICATION COSTS:    645.00
STATE/COUNTY/CITY FEES:    150.00
                    ----------
                    975.00

ANY RETURNED PAYMENT MAYBE SUBJECT TO A FEE UP TO $50.00.
KEEP THIS UPPER PORTION OF THE BILL FOR YOUR RECORDS. YOUR CANCELLED CHECK OR CONFIRMATION NUMBER IS YOUR RECEIPT.

---

DETACH AND MAIL THIS STUB WITH YOUR PAYMENT    CERTIFICATE OF REDEMPTION

PLEASE SEE
REVERSE FOR
PERTINENT
INFORMATION

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

PK  TYPE  AK  DSEQ
7    2    0   000

TOTAL DUE    INDICATE AMOUNT PAID
.00

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO.
on the lower left corner of your check.

LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54088
LOS ANGELES, CA  90054-0088

RT: R#34
11719

157B (8/11)