Revised 01/2012

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS

Application (1)

IN RE:

| Antonia Lucatero | 11-43030 |
|---|---|
| Debtor | Bankruptcy Case Number |

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the Claimant identified below to make Application for an Order authorizing payment of unclaimed funds now on deposit in the Treasury of the United States for the benefit of Claimant. Claimant was a creditor/debtor in the above captioned bankruptcy case and has not received payment of these funds which are due and owing to the Claimant. Claimant further states that Claimant is:

NAME OF CLAIMANT: Antonia Lucatero
PHONE NUMBER: 972-854-9348  LAST FOUR DIGITS OF SOCIAL SECURITY NO: 7713
MAILING ADDRESS: 125 Devenshire Dr

CITY: Murphy    STATE: TX   ZIP: 75094

and that a dividend in the amount of $3429.84 was awarded in this case which dividend is currently unclaimed and held by the Clerk of Court.

Claimant certifies that all statements made by Claimant on this Application and any attachments required for this Application are, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the pro rata dividend due upon this claim.

Date: 3/23/15

_Antonia Lucatero_
Claimant's Signature

_____
Co-claimant's Signature (if any)

State of Texas
County of Collin
Subscribed and sworn to before me this 23 day of March, 2015

Notary Public
My commission expires: 10-17-15

[Notary seal: MIGUEL GUTIERREZ, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 10-17-15]

Mail to: United States Bankruptcy Court
110 N. College Avenue, 8th Floor
Tyler, TX 75702

Certificate of Service (2)

## CERTIFICATE OF SERVICE

In accordance with Title 28 U.S.C. Section 2042, the undersigned hereby certifies that on the date designated below a true copy of this application with all required attachments was mailed to [check one as applicable]:

For all cases in **Beaumont & Lufkin** divisions (five-digit case number beginning with 1 or 9):

☐ Office of the United States Attorney
Eastern District of Texas
Attn: Unclaimed Funds Requests
350 Magnolia Avenue, Suite 150
Beaumont, TX 77701-2248

For all cases in **Marshall & Tyler** divisions (five-digit case number beginning with 2 or 6):

☐ Office of the United States Attorney
Eastern District of Texas
Attn: Unclaimed Funds Requests
110 North College Avenue, Suite 700
Tyler, TX 75702-0204

For all cases in **Paris, Sherman, & Texarkana** divisions (five-digit case number beginning with 3, 4 or 5):

☒ Office of the United States Attorney
Eastern District of Texas
Attn: Unclaimed Funds Requests
101 East Park Boulevard, Suite 500
Plano, Texas 75074-8858

Date: 3/23/15

_____
Claimant's Signature

# COUNTY OF LOS ANGELES
## TREASURER AND TAX COLLECTOR



KENNETH HAHN HALL OF ADMINISTRATION
225 NORTH HILL STREET, ROOM 122
LOS ANGELES, CALIFORNIA 90012
TELEPHONE: (213) 893-7935 FAX: (213) 633-5013

**MARK J. SALADINO**
TREASURER AND TAX COLLECTOR

HOME PAGE
TTC.LACOUNTY.GOV

PROPERTY TAX PORTAL
LACOUNTYPROPERTYTAX.COM

March 4, 2015

U.S. Bankruptcy Court
Plano Texas
660 North Central Expressway, Ste. 300B
Plano, Texas 75074

To Whom It May Concern:

### ANTONIA LUCATERO BK: 11-43030-BR
### ASSESSOR IDENTIFICATION NUMBER: ████████████

This is in response to your request for a written confirmation on the status and payment information for Antonia Lacatero, Bankruptcy Case Number 11-43030-BR.

Our records indicate that the above named debtor filed bankruptcy on October 3, 2011. On October 11, 2011, the Treasurer and Tax Collector (TTC) filed a Proof of Claim for $38,657.22 on the two referenced properties located at 2558 Strozier Ave., South El Monte, California 91733-2020 and 10050 Fern St., South El Monte, California 91733-2065.

Our records also show that the above referenced claim is fully satisfied. Enclosed are the Certificates of Redemption for your records. In addition, the TTC refunded the following overpayments to Janna L. Countryman, Chapter 13 Trustee:

| Amount | Date Issued | Warrant No. | Date Warrant Cleared |
|---|---|---|---|
| $ 3,429.84 | 08/04/2014 | 20579997 | 08/13/2014 |
| $ 3,434.79 | 10/21/2014 | 20957504 | 10/29/2014 |
| $ 1,384.11 | 10/08/2014 | 20894981 | 10/16/2014 |
| $15,047.80 | 10/21/2014 | 20957503 | 10/29/2014 |

Our records further show that the ownership has changed for the above referenced properties on May 30, 2014; and as a result, the subject properties are no longer in the above referenced debtor's name. We trust this information will be helpful in the resolution of the above bankruptcy case.

Should you need more information, please contact Bonita Sandoz, Tax Services Supervisor I, of my staff at (213) 974-7803 or bsandoz@ttc.lacounty.gov.

Very truly yours

JOSEPH KELLY
Treasurer and Tax Collector

Bruce Robert
Operations Chief
Revenue and Enforcement Division

BR:DA:ke

Enclosures

c: Antonia Lacatero

# LOS ANGELES COUNTY TAX COLLECTOR
## 225 NORTH HILL STREET, LOS ANGELES, CA 90012
### CERTIFICATE OF REDEMPTION
05/30/14

CRT: R#34
E111719

### PARCEL INFORMATION

ASSESSOR'S ID# ▓▓▓▓▓▓    YRSEQ    AIN

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

### SPECIAL INFORMATION

TAX DEFAULTED IN 2012 FOR UNPAID TAXES OF 2011.
THIS DOCUMENT ACTS AS A CERTIFICATE OF
REDEMPTION FOR THE AMOUNTS ITEMIZED ON
THIS RECEIPT.

DESCRIPTION
TRACT # 11950 E 125 FT MEASURED ON    N LINE OF    LOT 41

| ASSESSOR'S ID NO. | YRSEQ | D/O YR | TAX AMOUNT ORIGINAL | BALANCE | PENALTY & COST ORIGINAL | BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|---|
| ▓▓▓▓▓▓ | 11000 | 12 | 3755.03 | .00 | 385.50 | .00 | .00 | 4140.53 |

```
                TOTAL      3755.03              385.50                    .00      4140.53
                                                        REDEMPTION FEE:              .00
                                                                                 4140.53
                                                        PAYMENTS:            <4140.53>**
                                                        AMOUNT TO PAY:              .00
```

** REGULAR PAYMENT(S)

| PAYMENT DATE | COMPUTE DATE | TOTAL AMOUNT PAID | FEE PAID | PENALTY & COST PAID | REDEMPTION PENALTY PAID | TAX PAID |
|---|---|---|---|---|---|---|
| 05/30/14 | 10/11 | 4140.53 | .00 | 385.50 | .00 | 3755.03 |

ANY RETURNED PAYMENT MAYBE SUBJECT TO A FEE UP TO $50.00.
KEEP THIS UPPER PORTION OF THE BILL FOR YOUR RECORDS. YOUR CANCELLED CHECK OR CONFIRMATION NUMBER IS YOUR RECEIPT.

---

DETACH AND MAIL THIS STUB WITH YOUR PAYMENT    CERTIFICATE OF REDEMPTION

**PLEASE SEE REVERSE FOR PERTINENT INFORMATION**

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

YR SEQ  MPBK  PGE  PCL   PK   TYPE  AK  DSEQ
                                              000

TOTAL DUE       INDICATE AMOUNT PAID
    .00

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO.
on the lower left corner of your check.

LOS ANGELES COUNTY TAX COLLECTOR
P. O. BOX 54088
LOS ANGELES, CA  90054-0088

CRT: R#34
E111719

6C157B (8/11)

# LOS ANGELES COUNTY TAX COLLECTOR
## CERTIFICATE OF REDEMPTION
05/30/14

CRT: R#34
E111719

### PARCEL INFORMATION

ASSESSOR'S ID ▮▮▮▮▮▮▮ YRSEQ   AIN

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

### SPECIAL INFORMATION

TAX DEFAULTED IN 2011 FOR UNPAID TAXES OF 2010.
THIS DOCUMENT ACTS AS A CERTIFICATE OF
REDEMPTION FOR THE AMOUNTS ITEMIZED ON
THIS RECEIPT.

### DESCRIPTION
TRACT # 11950 E 125 FT MEASURED ON    N LINE OF    LOT 41

| ASSESSOR'S ID NO | YRSEQ | D/O YR | TAX AMOUNT ORIGINAL | TAX AMOUNT BALANCE | PENALTY & COST ORIGINAL | PENALTY & COST BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|---|
| ▮▮▮▮▮▮ | 10000 | 11 | 3686.13 | .00 | 378.60 | .00 | 221.16 | 4285.89 |
| TOTAL | | | 3686.13 | | 378.60 | | 221.16 | 4285.89 |

REDEMPTION FEE:                    .00
                                 4285.89
PAYMENTS:                     <4285.89>**
AMOUNT TO PAY:                      .00

** REGULAR PAYMENT(S)

| PAYMENT DATE | COMPUTE DATE | TOTAL AMOUNT PAID | FEE PAID | PENALTY & COST PAID | REDEMPTION PENALTY PAID | TAX PAID |
|---|---|---|---|---|---|---|
| 05/30/14 | 10/11 | 4285.89 | .00 | 378.60 | 221.16 | 3686.13 |

ANY RETURNED PAYMENT MAYBE SUBJECT TO A FEE UP TO $50.00.
KEEP THIS UPPER PORTION OF THE BILL FOR YOUR RECORDS. YOUR CANCELLED CHECK OR CONFIRMATION NUMBER IS YOUR RECEIPT.

---

DETACH AND MAIL THIS STUB WITH YOUR PAYMENT    CERTIFICATE OF REDEMPTION

**PLEASE SEE REVERSE FOR PERTINENT INFORMATION**

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

YR SEQ   MPBK  PGE  PCL    PK   TYPE   AK   DSEQ
                                       1    0    000

TOTAL DUE            INDICATE AMOUNT PAID
   .00

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO.
on the lower left corner of your check.

LOS ANGELES COUNTY TAX COLLECTOR
P. O. BOX 54088
LOS ANGELES, CA 90054-0088

CRT: R#34
E111719

SC157B  (8/11)

# LOS ANGELES COUNTY TAX COLLECTOR
## CERTIFICATE OF REDEMPTION
05/30/14

CRT: R#34
E111719

### PARCEL INFORMATION

ASSESSOR'S ID# ██████████    YRSEQ    AIN

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

### SPECIAL INFORMATION

TAX DEFAULTED IN 2010 FOR UNPAID TAXES OF 2009.
THIS DOCUMENT ACTS AS A CERTIFICATE OF
REDEMPTION FOR THE AMOUNTS ITEMIZED ON
THIS RECEIPT.

DESCRIPTION
TRACT # 11950 E 125 FT MEASURED ON    N LINE OF    LOT  41

| ASSESSOR'S ID NO | D/O YRSEQ | YR | TAX AMOUNT ORIGINAL | BALANCE | PENALTY & COST ORIGINAL | BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|---|
| ██████████ | 09000 | 10 | 3511.25 | .00 | 361.12 | .00 | 842.70 | 4715.07 |
| TOTAL | | | 3511.25 | | 361.12 | | 842.70 | 4715.07 |

REDEMPTION FEE:    .00
                  4715.07
PAYMENTS:         <4715.07>**
AMOUNT TO PAY:    .00

** REGULAR PAYMENT(S)

| PAYMENT DATE | COMPUTE DATE | TOTAL AMOUNT PAID | FEE PAID | PENALTY & COST PAID | REDEMPTION PENALTY PAID | TAX PAID |
|---|---|---|---|---|---|---|
| 05/30/14 | 10/11 | 4715.07 | .00 | 361.12 | 842.70 | 3511.25 |

ANY RETURNED PAYMENT MAYBE SUBJECT TO A FEE UP TO $50.00.
KEEP THIS UPPER PORTION OF THE BILL FOR YOUR RECORDS. YOUR CANCELLED CHECK OR CONFIRMATION NUMBER IS YOUR RECEIPT.

---

DETACH AND MAIL THIS STUB WITH YOUR PAYMENT    CERTIFICATE OF REDEMPTION

**PLEASE SEE**

**REVERSE FOR**

**PERTINENT**

**INFORMATION**

CRT: R#34
E111719

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

| YR SEQ | MPBK | PGE | PCL | PK | TYPE | AK | DSEQ |
|---|---|---|---|---|---|---|---|
| 00 000 | ████ | | | 7 | 1 | 0 | 000 |

TOTAL DUE        INDICATE AMOUNT PAID
    .00

MAKE PAYMENT PAYABLE TO:    LOS ANGELES COUNTY TAX COLLECTOR
Please write the ASSESSOR'S ID. NO.    P. O. BOX 54088
on the lower left corner of your check.    LOS ANGELES, CA  90054-0088

76C157B (8/11)

LOS ANGELES COUNTY TAX COLLECTOR
225 NORTH HILL STREET, LOS ANGELES, CA 90012
CERTIFICATE OF REDEMPTION
05/30/14

CRT: R#34
E111719

## PARCEL INFORMATION

YRSEQ    AIN

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

## SPECIAL INFORMATION

TAX DEFAULTED IN 2009 FOR UNPAID TAXES OF 2008.
THIS DOCUMENT ACTS AS A CERTIFICATE OF
REDEMPTION FOR THE AMOUNTS ITEMIZED ON
THIS RECEIPT.

DESCRIPTION
TRACT # 11950 E 125 FT MEASURED ON    N LINE OF    LOT 41

| ASSESSOR'S ID NO | YRSEQ | D/O YR | TAX AMOUNT ORIGINAL | TAX AMOUNT BALANCE | PENALTY & COST ORIGINAL | PENALTY & COST BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|---|
|  | 08000 | 09 | 3258.82 | .00 | 335.88 | .00 | 1368.70 | 4963.40 |
| TOTAL |  |  | 3258.82 |  | 335.88 |  | 1368.70 | 4963.40 |

REDEMPTION FEE:       .00
                   4963.40
PAYMENTS:          <4963.40>**
AMOUNT TO PAY:        .00

** REGULAR PAYMENT(S)

| PAYMENT DATE | COMPUTE DATE | TOTAL AMOUNT PAID | FEE PAID | PENALTY & COST PAID | REDEMPTION PENALTY PAID | TAX PAID |
|---|---|---|---|---|---|---|
| 05/30/14 | 10/11 | 4963.40 | .00 | 335.88 | 1368.70 | 3258.82 |

ANY RETURNED PAYMENT MAYBE SUBJECT TO A FEE UP TO $50.00.
KEEP THIS UPPER PORTION OF THE BILL FOR YOUR RECORDS. YOUR CANCELLED CHECK OR CONFIRMATION NUMBER IS YOUR RECEIPT.

---

DETACH AND MAIL THIS STUB WITH YOUR PAYMENT    CERTIFICATE OF REDEMPTION

PLEASE SEE
REVERSE FOR
PERTINENT
INFORMATION

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

YR SEQ  MPBK PGE PCL    PK  TYPE  AK  DSEQ
                         7    1   0   000

TOTAL DUE       INDICATE AMOUNT PAID
    .00

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO.
on the lower left corner of your check.

LOS ANGELES COUNTY TAX COLLECTOR
P. O. BOX 54088
LOS ANGELES, CA  90054-0088

CRT: R#34
E111719

76C157B (8/11)

# LOS ANGELES COUNTY TAX COLLECTOR

225 NORTH HILL STREET, LOS ANGELES, CA 90012

## CERTIFICATE OF REDEMPTION

05/30/14

CRT: R#34
E111719

### PARCEL INFORMATION

ASSESSOR'S ID         YRSEQ         AIN

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

### SPECIAL INFORMATION

TAX DEFAULTED IN 2008 FOR UNPAID TAXES OF 2007.
THIS DOCUMENT ACTS AS A CERTIFICATE OF
REDEMPTION FOR THE AMOUNTS ITEMIZED ON
THIS RECEIPT.

### DESCRIPTION

TRACT # 11950 E 125 FT MEASURED ON   N LINE OF   LOT 41

| ASSESSOR'S ID NO | YRSEQ | D/O YR | TAX AMOUNT ORIGINAL | BALANCE | PENALTY & COST ORIGINAL | BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|---|
|  | 07000 | 08 | 3061.91 | .00 | 316.18 | .00 | 1837.14 | 5215.23 |

|  | TOTAL | 3061.91 |  | 316.18 |  | 1837.14 | 5215.23 |

REDEMPTION FEE: .00
                 5215.23
PAYMENTS:       <5215.23>**
AMOUNT TO PAY:   .00

** REGULAR PAYMENT(S)

| PAYMENT DATE | COMPUTE DATE | TOTAL AMOUNT PAID | FEE PAID | PENALTY & COST PAID | REDEMPTION PENALTY PAID | TAX PAID |
|---|---|---|---|---|---|---|
| 05/30/14 | 10/11 | 5215.23 | .00 | 316.18 | 1837.14 | 3061.91 |

ANY RETURNED PAYMENT MAYBE SUBJECT TO A FEE UP TO $50.00.
KEEP THIS UPPER PORTION OF THE BILL FOR YOUR RECORDS. YOUR CANCELLED CHECK OR CONFIRMATION NUMBER IS YOUR RECEIPT.

---

DETACH AND MAIL THIS STUB WITH YOUR PAYMENT       CERTIFICATE OF REDEMPTION

PLEASE SEE REVERSE FOR PERTINENT INFORMATION

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

YR SEQ  MPBK PGE PCL   PK  TYPE  AK  DSEQ
                        7   1    0   000

TOTAL DUE     INDICATE AMOUNT PAID
    .00

CRT: R#34
E111719

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO.
on the lower left corner of your check.

LOS ANGELES COUNTY TAX COLLECTOR
P. O. BOX 54088
LOS ANGELES, CA  90054-0088

C157B (8/11)

CRT: R#34
E111719

# LOS ANGELES COUNTY TAX COLLECTOR
225 NORTH HILL STREET, LOS ANGELES, CA 90012

## CERTIFICATE OF REDEMPTION
05/30/14

### PARCEL INFORMATION

ASSESSOR'S ID    YRSEQ    AIN

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

### SPECIAL INFORMATION

TAX DEFAULTED IN 2007 FOR UNPAID TAXES AND NOW SUBJECT TO POWER TO SELL.
THIS DOCUMENT ACTS AS A CERTIFICATE OF REDEMPTION FOR THE AMOUNTS ITEMIZED ON THIS RECEIPT.

DESCRIPTION
TRACT # 11950 E 125 FT MEASURED ON    N LINE OF    LOT  41

| ASSESSOR'S ID NO. | YRSEQ | D/O YR | TAX AMOUNT ORIGINAL | BALANCE | PENALTY & COST ORIGINAL | BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|---|
|  | 06000 | 07 | 1520.84 | .00 | 162.08 | .00 | 1186.25 | 2869.17 |
|  | 12000 | 13 | 1915.53 | .00 | 201.55 | .00 | 201.13 | 2318.21 |
| TOTAL |  |  | 3436.37 |  | 363.63 |  | 1387.38 | 5187.38 |

REDEMPTION FEE:        15.00
STPTS FEES:           975.00
                     6177.38
PAYMENTS:          <6177.38>**
AMOUNT TO PAY:          .00

** REGULAR PAYMENT(S)

| PAYMENT DATE | COMPUTE DATE | TOTAL AMOUNT PAID | RED/STP FEE PD | PENALTY & COST PAID | REDEMPTION PENALTY PAID | TAX PAID |
|---|---|---|---|---|---|---|
| 05/30/14 | 10/11 | 3859.17 | 990.00 | 162.08 | 1186.25 | 1520.84 |
| 01/29/14 | 01/14 | 2318.21 | .00 | 201.55 | 201.13 | 1915.53 |

SUBJECT TO POWER TO SELL FEES

TITLE SEARCH FEE:           95.00
RECORDING FEE:              27.00
PUBLICATION COSTS:          58.00
NOTIFICATION COSTS:        645.00
STATE/COUNTY/CITY FEES:    150.00
                        ----------
                           975.00

ANY RETURNED PAYMENT MAYBE SUBJECT TO A FEE UP TO $50.00.
KEEP THIS UPPER PORTION OF THE BILL FOR YOUR RECORDS. YOUR CANCELLED CHECK OR CONFIRMATION NUMBER IS YOUR RECEIPT.

---

DETACH AND MAIL THIS STUB WITH YOUR PAYMENT    CERTIFICATE OF REDEMPTION

PLEASE SEE
REVERSE FOR
PERTINENT
INFORMATION

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

PK  TYPE  AK  DSEQ
 7    2    0   000

TOTAL DUE         INDICATE AMOUNT PAID
   .00

MAKE PAYMENT PAYABLE TO:    LOS ANGELES COUNTY TAX COLLECTOR
Please write the ASSESSOR'S ID. NO.    P. O. BOX 54088
on the lower left corner of your check.    LOS ANGELES, CA  90054-0088

CRT: R#34
111719

C157B (8/11)

# LOS ANGELES COUNTY TAX COLLECTOR
225 NORTH HILL STREET, LOS ANGELES, CA 90012

## CERTIFICATE OF REDEMPTION
08/02/13

CRT: R#34
E111719

### PARCEL INFORMATION

ASSESSOR'S ID            YRSEQ    AIN

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

### SPECIAL INFORMATION

TAX DEFAULTED IN 2012 FOR UNPAID TAXES OF 2011.
THIS DOCUMENT ACTS AS A CERTIFICATE OF
REDEMPTION FOR THE AMOUNTS ITEMIZED ON
THIS RECEIPT.

DESCRIPTION:
TRACT # 11950 LOT COM N 89°58' W 125 FT FROM NE COR OF LOT 41 TH S 0°13'50" W
TO S LINE OF SD LOT TH W AND FOLLOWING  LOT  41

| ASSESSOR'S ID NO | D/Q YRSEQ | YR | TAX AMOUNT ORIGINAL | BALANCE | PENALTY & COST ORIGINAL | BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|---|
|  | 11000 | 12 | 1482.80 | .00 | .00 | .00 | .00 | 1482.80 |

|  | TOTAL | 1482.80 |  | .00 |  | .00 | 1482.80 |

REDEMPTION FEE:     .00
                1482.80
PAYMENTS:    <1482.80>**
AMOUNT TO PAY:     .00

** REGULAR PAYMENT(S)

| PAYMENT DATE | COMPUTE DATE | TOTAL AMOUNT PAID | FEE PAID | PENALTY & COST PAID | REDEMPTION PENALTY PAID | TAX PAID |
|---|---|---|---|---|---|---|
| 08/02/13 | 06/12 | 1482.80 | .00 | .00 | .00 | 1482.80 |

ANY RETURNED PAYMENT MAYBE SUBJECT TO A FEE UP TO $50.00.
KEEP THIS UPPER PORTION OF THE BILL FOR YOUR RECORDS. YOUR CANCELLED CHECK OR CONFIRMATION NUMBER IS YOUR RECEIPT.

---

DETACH AND MAIL THIS STUB WITH YOUR PAYMENT    CERTIFICATE OF REDEMPTION

PLEASE SEE
REVERSE FOR
PERTINENT
INFORMATION

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

PK  TYPE  AK  DSEQ
7   1     0   000

TOTAL DUE        INDICATE AMOUNT PAID
   .00

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO.
on the lower left corner of your check.

LOS ANGELES COUNTY TAX COLLECTOR
P. O. BOX 54088
LOS ANGELES, CA  90054-0088

CRT: R#34
111719

C157B (8/11)

# LOS ANGELES COUNTY TAX COLLECTOR
## NOTICE OF/CERTIFICATE OF REDEMPTION

CRT: R#34
E111719

01/31/13

### PARCEL INFORMATION

YRSEQ   AIN

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

### SPECIAL INFORMATION

TAX DEFAULTED IN 2011 FOR UNPAID TAXES OF 2010.
THIS DOCUMENT ACTS AS A CERTIFICATE OF
REDEMPTION FOR THE AMOUNTS ITEMIZED ON
THIS RECEIPT.

DESCRIPTION
TRACT # 11950 LOT COM N 89n58' W 125 FT FROM NE COR OF LOT 41 TH S 0n13'50" W
TO S LINE OF SD LOT TH W AND FOLLOWING   LOT   41

| ASSESSOR'S ID NO | D/O YRSEQ | YR | TAX AMOUNT ORIGINAL | BALANCE | PENALTY & COST ORIGINAL | BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|---|
|  | 10000 | 11 | 1455.74 | .00 | 155.56 | .00 | 87.34 | 1698.64 |
| TOTAL |  |  | 1455.74 |  | 155.56 |  | 87.34 | 1698.64 |

REDEMPTION FEE:  .00
                 1698.64
PAYMENTS:        <1698.64>**
AMOUNT TO PAY:   .00

** REGULAR PAYMENT(S)

| PAYMENT DATE | COMPUTE DATE | TOTAL AMOUNT PAID | FEE PAID | PENALTY & COST PAID | REDEMPTION PENALTY PAID | TAX PAID |
|---|---|---|---|---|---|---|
| 01/31/13 | 10/11 | 1698.64 | .00 | 155.56 | 87.34 | 1455.74 |

ANY RETURNED PAYMENT MAYBE SUBJECT TO A FEE UP TO $50.00.
KEEP THIS UPPER PORTION OF THE BILL FOR YOUR RECORDS. YOUR CANCELLED CHECK OR CONFIRMATION NUMBER IS YOUR RECEIPT.

---

DETACH AND MAIL THIS STUB WITH YOUR PAYMENT    CERTIFICATE OF REDEMPTION

PLEASE SEE
REVERSE FOR
PERTINENT
INFORMATION

CRT: R#34
E111719

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

PK TYPE AK DSEQ
7   1   0   000

TOTAL DUE    INDICATE AMOUNT PAID
.00

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO.
on the lower left corner of your check.

LOS ANGELES COUNTY TAX COLLECTOR
P. O. BOX 54088
LOS ANGELES, CA  90054-0088

157B  (8/11)

# LOS ANGELES COUNTY TAX COLLECTOR
## CERTIFICATE OF REDEMPTION

CRT: R#34
E111719

01/18/13

### PARCEL INFORMATION

ASSESSOR'S ID#            YRSEQ      AIN

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

### SPECIAL INFORMATION

TAX DEFAULTED IN 2010 FOR UNPAID TAXES OF 2009.
THIS DOCUMENT ACTS AS A CERTIFICATE OF
REDEMPTION FOR THE AMOUNTS ITEMIZED ON
THIS RECEIPT.

### DESCRIPTION
TRACT # 11950 LOT COM N 89n58' W 125 FT FROM NE COR OF LOT 41 TH S 0n13'50" W
TO S LINE OF SD LOT TH W AND FOLLOWING    LOT   41

| ASSESSOR'S ID NO. | D/O YRSEQ | YR | TAX AMOUNT ORIGINAL | BALANCE | PENALTY & COST ORIGINAL | BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|---|
|  | 09000 | 10 | 1443.53 | .00 | 154.34 | .00 | 346.44 | 1944.31 |
| TOTAL |  |  | 1443.53 |  | 154.34 |  | 346.44 | 1944.31 |

REDEMPTION FEE: .00
                1944.31
PAYMENTS:       <1944.31>**
AMOUNT TO PAY:  .00

** REGULAR PAYMENT(S)

| PAYMENT DATE | COMPUTE DATE | TOTAL AMOUNT PAID | FEE PAID | PENALTY & COST PAID | REDEMPTION PENALTY PAID | TAX PAID |
|---|---|---|---|---|---|---|
| 01/18/13 | 10/11 | 1944.31 | .00 | 154.34 | 346.44 | 1443.53 |

ANY RETURNED PAYMENT MAYBE SUBJECT TO A FEE UP TO $50.00.
KEEP THIS UPPER PORTION OF THE BILL FOR YOUR RECORDS. YOUR CANCELLED CHECK OR CONFIRMATION NUMBER IS YOUR RECEIPT.

---

DETACH AND MAIL THIS STUB WITH YOUR PAYMENT        CERTIFICATE OF REDEMPTION

**PLEASE SEE**

**REVERSE FOR**

**PERTINENT**

**INFORMATION**

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

                          PK  TYPE  AK  DSEQ
                          7   1    0   000

TOTAL DUE        INDICATE AMOUNT PAID
   .00

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO.
on the lower left corner of your check.

LOS ANGELES COUNTY TAX COLLECTOR
P. O. BOX 54088
LOS ANGELES, CA  90054-0088

CRT: R#34
E111719

6C157B  (8/11)

# LOS ANGELES COUNTY TAX COLLECTOR
## 225 NORTH HILL STREET, LOS ANGELES, CA 90012
### CERTIFICATE OF REDEMPTION
01/02/13

CRT: R#34
E111719

**PARCEL INFORMATION**

ASSESSOR'S ID#            SEQ        AIN

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

**SPECIAL INFORMATION**

TAX DEFAULTED IN 2009 FOR UNPAID TAXES OF 2008.
THIS DOCUMENT ACTS AS A CERTIFICATE OF
REDEMPTION FOR THE AMOUNTS ITEMIZED ON
THIS RECEIPT.

DESCRIPTION
TRACT # 11950 LOT COM N 89°58' W 125 FT FROM NE COR OF LOT 41 TH S 0°13'50" W
TO S LINE OF SD LOT TH W AND FOLLOWING  LOT  41

| ASSESSOR'S ID NO | D/O YRSEQ | D/O YR | TAX AMOUNT ORIGINAL | TAX AMOUNT BALANCE | PENALTY & COST ORIGINAL | PENALTY & COST BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|---|
|  | 08000 | 09 | 1333.43 | .00 | 143.34 | .00 | 560.04 | 2036.81 |
| TOTAL |  |  | 1333.43 |  | 143.34 |  | 560.04 | 2036.81 |

REDEMPTION FEE: .00
2036.81
PAYMENTS: <2036.81>**
AMOUNT TO PAY: .00

** REGULAR PAYMENT(S)

| PAYMENT DATE | COMPUTE DATE | TOTAL AMOUNT PAID | FEE PAID | PENALTY & COST PAID | REDEMPTION PENALTY PAID | TAX PAID |
|---|---|---|---|---|---|---|
| 01/02/13 | 10/11 | 2036.81 | .00 | 143.34 | 560.04 | 1333.43 |

ANY RETURNED PAYMENT MAYBE SUBJECT TO A FEE UP TO $50.00.
KEEP THIS UPPER PORTION OF THE BILL FOR YOUR RECORDS. YOUR CANCELLED CHECK OR CONFIRMATION NUMBER IS YOUR RECEIPT.

---

DETACH AND MAIL THIS STUB WITH YOUR PAYMENT    CERTIFICATE OF REDEMPTION

PLEASE SEE

REVERSE FOR

PERTINENT

INFORMATION

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

PK  TYPE  AK   DSEQ
7    1    0    000

TOTAL DUE    INDICATE AMOUNT PAID
.00

CRT: R#34
E111719

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO.
on the lower left corner of your check.

LOS ANGELES COUNTY TAX COLLECTOR
P. O. BOX 54088
LOS ANGELES, CA  90054-0088

SC157B  (8/11)

# LOS ANGELES COUNTY TAX COLLECTOR
225 NORTH HILL STREET, LOS ANGELES, CA 90012

## CERTIFICATE OF REDEMPTION
10/03/12

CRT: R#34
E111719

### PARCEL INFORMATION

ASSESSOR'S ID#  _____  SEQ        AIN

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

### SPECIAL INFORMATION

TAX DEFAULTED IN 2008 FOR UNPAID TAXES OF 2007. THIS DOCUMENT ACTS AS A CERTIFICATE OF REDEMPTION FOR THE AMOUNTS ITEMIZED ON THIS RECEIPT.

### DESCRIPTION

TRACT # 11960 LOT COM N 89°58' W 125 FT FROM NE COR OF LOT 41 TH S 0°13'50" W TO S LINE OF SD LOT TH W AND FOLLOWING   LOT   41

| ASSESSOR'S ID NO. | D/Q YRSEQ YR | TAX AMOUNT ORIGINAL | TAX AMOUNT BALANCE | PENALTY & COST ORIGINAL | PENALTY & COST BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|
| _____ | 07000  08 | 1255.24 | .00 | 135.52 | .00 | 753.14 | 2143.90 |

|   | TOTAL | 1255.24 |   | 135.52 |   | 753.14 | 2143.90 |
|---|---|---|---|---|---|---|---|

REDEMPTION FEE: .00
                2143.90
PAYMENTS:      <2143.90>**
AMOUNT TO PAY: .00

** REGULAR PAYMENT(S)

| PAYMENT DATE | COMPUTE DATE | TOTAL AMOUNT PAID | FEE PAID | PENALTY & COST PAID | REDEMPTION PENALTY PAID | TAX PAID |
|---|---|---|---|---|---|---|
| 10/03/12 | 10/11 | 2143.90 | .00 | 135.52 | 753.14 | 1255.24 |

ANY RETURNED PAYMENT MAYBE SUBJECT TO A FEE UP TO $50.00.
KEEP THIS UPPER PORTION OF THE BILL FOR YOUR RECORDS, YOUR CANCELLED CHECK OR CONFIRMATION NUMBER IS YOUR RECEIPT.

---

DETACH AND MAIL THIS STUB WITH YOUR PAYMENT    CERTIFICATE OF REDEMPTION

PLEASE SEE
REVERSE FOR
PERTINENT
INFORMATION

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

                           PK  TYPE  AK  DSEQ
                            7    1    0   000

TOTAL DUE       INDICATE AMOUNT PAID
    .00

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO.
on the lower left corner of your check.

LOS ANGELES COUNTY TAX COLLECTOR
P. O. BOX 54088
LOS ANGELES, CA  90054-0088

CRT: R#34
E111719

1157B (8/11)

# LOS ANGELES COUNTY TAX COLLECTOR
## 225 NORTH HILL STREET, LOS ANGELES, CA 90012
### CERTIFICATE OF REDEMPTION
08/01/12

CRT: R#34
E111719

### PARCEL INFORMATION

ASSESSOR'S ID ██████████ YRSEQ ██████ AIN

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

### SPECIAL INFORMATION

TAX DEFAULTED IN 2007 FOR UNPAID TAXES AND NOW SUBJECT TO POWER TO SELL.
THIS DOCUMENT ACTS AS A CERTIFICATE OF REDEMPTION FOR THE AMOUNTS ITEMIZED ON THIS RECEIPT.

### DESCRIPTION
TRACT # 11950 LOT COM N 89n58' W 125 FT FROM NE COR OF LOT 41 TH S 0n13'50" W TO S LINE OF SD LOT TH W AND FOLLOWING LOT 41

| ASSESSOR'S ID NO. | YRSEQ | D/Q YR | TAX AMOUNT ORIGINAL | BALANCE | PENALTY & COST ORIGINAL | BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|---|
| ██████ | 06000 | 07 | 828.18 | .00 | 92.81 | .00 | 645.98 | 1566.97 |

| | TOTAL | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 828.18 | | 92.81 | | 645.98 | | | 1566.97 |

REDEMPTION FEE: 15.00
STPTS FEES: 975.00
                  2556.97
PAYMENTS: <2556.97>**
AMOUNT TO PAY: .00

### ** REGULAR PAYMENT(S)

| PAYMENT DATE | COMPUTE DATE | TOTAL AMOUNT PAID | RED/STP FEE PD | PENALTY & COST PAID | REDEMPTION PENALTY PAID | TAX PAID |
|---|---|---|---|---|---|---|
| 08/01/12 | 10/11 | 2556.97 | 990.00 | 92.81 | 645.98 | 828.18 |

### SUBJECT TO POWER TO SELL FEES

TITLE SEARCH FEE: 95.00
RECORDING FEE: 27.00
PUBLICATION COSTS: 58.00
NOTIFICATION COSTS: 645.00
STATE/COUNTY/CITY FEES: 150.00
-----------
975.00

ANY RETURNED PAYMENT MAYBE SUBJECT TO A FEE UP TO $50.00.
KEEP THIS UPPER PORTION OF THE BILL FOR YOUR RECORDS. YOUR CANCELLED CHECK OR CONFIRMATION NUMBER IS YOUR RECEIPT.

---

DETACH AND MAIL THIS STUB WITH YOUR PAYMENT       CERTIFICATE OF REDEMPTION

PLEASE SEE REVERSE FOR PERTINENT INFORMATION

WU GROUP LLC
4265 N BALDWIN AVE
EL MONTE CA 91731-1183

                                                    PK  TYPE  AK  DSEQ
                                                    7    2    0   000

TOTAL DUE      INDICATE AMOUNT PAID
.00

r: R#34
1719

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO. on the lower left corner of your check.

LOS ANGELES COUNTY TAX COLLECTOR
P. O. BOX 54088
LOS ANGELES, CA  90054-0088

57B  (8/11)